PEOPLE'S TRUST & SAVINGS BANK, APPELLANT, V. F. A. BALLIET ET AL., APPELLEES.

FILED JUNE 23, 1914. No. 17,776.

APPEAL from the district court for Furnas county: HARRY S. DUNGAN, JUDGE. Affirmed.

Williams, Lawrence, Welsh & Green and John Stevens, for appellant.

Lambe & Butler, contra.

LETTON, J.

The questions of fact and of law involved in this case are substantially the same as in the case of People's Trust

*& Savings Bank v. Rork, ante*, p. 415, and the decision in that case rules this.

The judgment of the district court is

AFFIRMED.

ROSE, FAWCETT and HAMER, JJ., not sitting.